**FORM 13**

**UNITED STATES COURT OF INTERNATIONAL TRADE**
One Federal Plaza
New York, New York 10278

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

This notification is submitted by Wm. Randolph Rucker
(Name of attorney of record)
on behalf of Plaintiff Phoenix Technologies International, LLC in the matter of Phoenix Technologies International, LLC; APG Polytech, LLC; and APG Polytech USA Holdings, Inc. v. UNITED STATES et al., Court No. 26-00970.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

Plaintiff Phoenix Technologies is 100% owned by APG Polytech USA Holdings, Inc. APG Polytech USA Holdings, Inc. is 100% owned by an offshore company. The offshore company is 100% owned by Far Eastern New Century Corp., which is publicly owned.

2. Indicate whether the party on whose behalf this Form is being filed is ☐ or is not ☐ the real party in interest. If not, identify below the real party in interest.

The party on whose behalf this Form is being filed is the real parties in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)

N/A

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.

N/A

/s/ Wm. Randolph Rucker
Signature of Attorney

February 10, 2026
Date

Faegre Drinker Biddle & Reath LLP
Firm
320 S. Canal Street, Suite 3300
Street Address
Chicago, IL 60606
City, State and Zip Code
(312) 569-1157
Telephone Number
randy.rucker@faegredrinker.com
E-mail Address

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)