FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE** **FORM 11**

Phoenix Technologies International, LLC; APG Polytech, LLC; and APG Polytech USA Holdings, Inc.

Plaintiff,

v.

UNITED STATES OF AMERICA; UNITED STATES CUSTOMS AND BORDER PROTECTION; HOWARD LUTNICK, in his official capacity as Secretary of Commerce; RODNEY S. SCOTT, in his official capacity as Commissioner of United States Customs and Border Protection; JAMIESON GREER, in his official capacity as the United States Trade Representative; and OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE,

Defendant.

Court No. 26-00970

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiff, Phoenix Technologies International, LLC; APG Polytech, LLC; and APG Polytech USA Holdings, Inc, in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Wm. Randolph Rucker.

Date: February 10, 2026

/s/ Wm. Randolph Rucker
Signature

Wm. Randolph Rucker
Attorney

Faegre Drinker Biddle & Reath LLP
Firm

320 S. Canal Street, Suite 3300
Street Address

Chicago, IL 60606
City, State and Zip Code

(312) 569-1157
Telephone Number

randy.rucker@faegredrinker.com
E-mail Address

FORM 11-2

Schedule to Notice of Appearance

| Court Number | Case Name | Party or Parties Represented |
|---|---|---|
| | | |

(As amended May 25, 2004, eff. Sept. 1, 2004; Nov. 25, 2009, eff. Jan. 1, 2010; Dec. 7, 2010, eff. Jan. 1, 2011; Dec. 4, 2012, eff. Jan. 1, 2013; June 5, 2015, eff. July 1, 2015; Oct. 23, 2025, eff. Dec. 1, 2025.)